No. 1,710.

## IND. NATURAL GAS AND OIL COMPANY *v.* WOOTERS.

From the Howard Circuit Court.

*Moore, Winfield & Taber*, for appellant.

*Dean & Dean* and *Blacklidge, Shirley & Moon*, for appellee.

The question upon which this cause must be determined, was decided by this court in the recent case of *Ind. Natural Gas and Oil Co.* v. *Jones*, 14 Ind. App. 55. On the authority of that case, the judgment of the court below is reversed.

Filed January 9, 1896.

No. 1,692.

## EAST ET AL. *v.* McKEE.

From the Greene Circuit Court.

*E. Short*, for appellants.

*H. C. Shaw* and *Davis & Moffett*, for appellee.

Ross, J.—This was an action brought by the appellants against the appellee for a new trial on account of newly discovered evidence, under section 563, R. S. 1881 (section 572, R. S. 1894).

All of the questions presented on this appeal have been considered and decided adversely to the appellants in the case of *East* v. *McKee, ante* page 45.

Judgment affirmed.

Filed December 11, 1895.